**Nathanael Lenard REYNOLDS,**
**Plaintiff-Appellant,**

v.

**State of SOUTH CAROLINA; Williams-**
**burg County Third Judicial Circuit,**
**Defendants-Appellees.**

**Nathanael L. Reynolds, Plaintiff-**
**Appellant,**

v.

**State of South Carolina; County**
**of Charleston, Defendants-**
**Appellees.**

**No. 17-6663, No. 17-6759**

United States Court of Appeals,
Fourth Circuit.

Submitted: September 28, 2017

Decided: October 3, 2017

Nathanael Lenard Reynolds, Appellant
Pro Se.

Before WILKINSON, MOTZ, and
KING, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Nathanael Lenard Reynolds appeals the
district court's orders accepting the recom-
mendations of the magistrate judge, dis-
missing his 42 U.S.C. § 1983 (2012) com-

plaints under 28 U.S.C. § 1915(e)(2)(B)
(2012), and denying his motion for recon-
sideration.* We have reviewed the records
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *Reynolds v. South Carolina,*
Nos. 4:17-cv-00298-BHH; 2:17-cv-00681-
BHH, 2017 WL 1381008, 2017 WL 2115576
(D.S.C. Apr. 18, 2017; May 16, 2017; June
7, 2017). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED*

---

* Reynolds moved for reconsideration in only
one of the two cases.